■ CARLOS LOPEZ, Plaintiff, v POST MANAGEMENT LLC et al., Defendants. POST MANAGEMENT LLC et al., Third-Party Plaintiffs, v METCON CONSTRUCTION CORP., Third-Party Defendant, METCON CONSTRUCTION MANAGEMENT, LLC, et al., Third-Party Defendants-Appellants, and LEA ELECTRICAL CORP. et al., Third-Party Defendants-Respondents. [890 NYS2d 827]

No appeal lies from denial of reargument (*Kaminer v Wexler*, 40 AD3d 405 [2007], *lv dismissed* 9 NY3d 955 [2007]). The suggestion that the motion court effectively granted reargument and adhered to the prior ruling is without merit. Concur—Mazzarelli, J.P., Catterson, Moskowitz, Richter and Manzanet-Daniels, JJ.